GRANT L. KIM (SBN 114989)
grant.kim@limnexus.com
LIMNEXUS LLP
220 Montgomery Street, Suite 1411
San Francisco, CA 94104
Tel: (415) 619-3323

GEORGE BUSU (SBN 235993)
george.busu@limnexus.com
LIMNEXUS LLP
1055 West Seventh Street, 28th Floor
Los Angeles, California 90017
Tel.: (213) 955-9500
Fax: (213) 955-9511

Attorneys for Plaintiff Maria Corso

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CORSO, | Case No.: 3:16-cv-05604-MMC |
| Plaintiff, | **JOINT STATUS REPORT AND [PROPOSED] ORDER** |
| vs. | |
| REJUVI LABORATORY, INC., | |
| Defendant. | |

Pursuant to the Stipulation and Order filed February 23, 2018 (Dkt. No. 62), the parties to this action hereby submit this Joint Status Report and state as follows:

1. Plaintiff Maria Corso filed this action to recognize and enforce a judgment of the Honorable Judge Slattery of the District Court of South Australia (the "Australian Court") against Defendant Rejuvi Laboratory, Inc.

2. In June 2017, Defendant filed an application with the Australian Court to set aside the Australian judgment that Plaintiff seeks to enforce. The Australian Court proceeded to conduct hearings on Defendant's application and directed the parties to submit post-hearing briefs

{01199101}
JOINT STATUS REPORT AND [PROPOSED] ORDER  1  Case No. 3:16-cv-05604-MMC

in late November 2017. The Court stated that it would not be able to issue its ruling before June 2018.

3. On November 6, 2017, the parties jointly requested that the Court vacate all dates in this action and set a new schedule after the Australian Court issues its ruling. This Court approved that request in an order filed November 9, 2017, and directed the parties to submit a joint status report by February 23, 2018. (Dkt. No. 60)

4. On February 22, 2018, the parties submitted a Joint Status Report that advised that the Australian Court had not issued its ruling and was not expected to do so until in or after June 2018. Pursuant to the parties' joint request, the Court continued to hold this matter in abeyance and directed the parties to file a further status report be due on July 2, 2018.

5. On June 29, 2018, the Australian Court denied Defendants' application to set aside the Australian court judgment. A copy of the Australian Court ruling of June 29, 2018 (the "June 29 Ruling") is attached hereto as Exhibit A.

6. Because the June 29 Ruling was just issued, U.S. counsel have not had a chance to confer with their clients or the other side about the implications of that ruling.

7. The parties understand that the Australian Court has scheduled a hearing on an application for costs (including legal fees) for August 28, 2018 and will likely issue an order on costs in the following month.

8. To provide time for the Australian Court to issue its order on costs and for the parties to confer, the parties request that the Court continue to hold the proceedings in abeyance and direct the parties to submit a further status report on October 2, 2018.

9. If the parties settle the case, they will promptly advise the court. If not, they will include a proposal for further proceedings in their status report of October 2, 2018.

Dated: July 2, 2018            LIMNEXUS LLP

                               By:    /s/ Grant L. Kim
                                      Grant L. Kim
                                      Attorneys for Plaintiff Maria Corso

| | | |
|---|---|---|
| Dated: July 2, 2018 | BREALL & BREALL LLP | |
| | By: /s/ Joseph M. Breall | |
| | Joseph M. Breall | |
| | Attorneys for Defendant Rejuvi Laboratory, Inc. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: July 5, 2018

*/s/ Maxine M. Chesney*
HON. MAXINE M. CHESNEY
United States District Court Judge