UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REJUVI LABORATORY, INC., <br>            Appellant, <br>     v. <br> MARIA CORSO, <br>            Appellee. | Case No. 19-cv-08422-JST <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Maxine M. Chesney for consideration of whether the case is related to *Corso v. Rejuvi Laboratory, Inc.*, Case No. 16-cv-05604-MMC.

**IT IS SO ORDERED.**

Dated: January 3, 2020



JON S. TIGAR
United States District Judge